UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

American General Contractors, Inc.,

Plaintiff,

vs.

ORDER OF DISMISSAL

Independent School District No. 309, Park Rapids Area Schools,

Defendant.

Civ. No. 01-137 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Richard H. Kyle
United States Magistrate Judge

DATED: June 11, 2001
At Duluth, Minnesota

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________