**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| American General Contractors, Inc., Plaintiff, v. Independent School District Number 309, Park Rapids Area Schools, Defendant. | ) | File No. 01-137 (RHK/RLE) **AMENDED ORDER OF DISMISSAL** |

The parties submit the following proposed Amended Order of Dismissal:

The Court having been advised by Counsel that the above action has been settled, but that payment pursuant to the settlement agreement can not be processed prior to the expiration of the 45 days during which the Court originally reserved jurisdiction to permit any party to move to reopen the action, it is –

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for an additional 45 days beyond the date of expiration of the original Order, to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

Dated: July 24, 2001

FAEGRE & BENSON LLP

Katt a. G

James J. Hartnett, IV, #238624
Katherine A. Golden, #292849
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
**Attorneys for Plaintiff**

FILED JUL 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: JULY 24, 2001

JOHNSON & CONDON

Mark R. Azman

Shamus P. O'Meara, # 221454
Mark R. Azman, # 237061
7235 Ohms Lane
Minneapolis, Minnesota 55439-2152
(952) 806-0438

**Attorneys for Defendant**

M2:20400619.01

The Amended Order of Dismissal proposed by the parties above is hereby adopted as an Order of this Court:

BY THE COURT:

Richard H. Kyle
UNITED STATES DISTRICT JUDGE

Dated: July 21, 2001

M2:20400619.01

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500